**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:    Debtor(s)  Vincent M. Ambrosia, Sr.  Karen A. Ambrosia    Case No.  18-27590    Chapter  13

All Cases:    Moving Creditor  NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER    Date Case Filed  10/1/18

Nature of Relief Sought:    ■ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13:    Date of Confirmation Hearing _____    or Date Plan Confirmed  01/29/2019

Chapter 7:    ☐ No-Asset Report Filed on _____
              ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 07/12/2019    $377,048.01
   Total of all other Liens against Collateral  $0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $292,000.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months   15        Amount   $41,976.47

   b. ■ Post-Petition Default
      i.  ■ On direct payments to the moving creditor
          Number of months   5         Amount   $11,876.11

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid    Amount  $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date:   July 18, 2019                                       /s/ Grant Simmons
                                                            Counsel for Movant