## Motion For Relief Information
### Post-Petition Ledger

| | | | | | |
|---|---|---|---|---|---|
| **Filed By:** | Vincent M. Ambrosia, Sr. / Karen A. Ambrosia | Payment Changes | | | |
| **Case Number:** | 1827590 | From Date | To Date | Total Amount | P&I Total | Escrow Total |
| **Filing Date:** | 10/01/18 | | | $0.00 | | |
| | | | | $0.00 | | |
| **Payments in POC:** | | | | $0.00 | | |
| **First Post Due Date:** | 11/1/2018 | | | $0.00 | | |
| | | | | $0.00 | | |
| | | | | $0.00 | | |
| | | | | $0.00 | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | | | | $0.00 | $0.00 |
| 10/31/18 | $1,925.88 | | | $1,925.88 | | | | | $1,925.88 | $1,925.88 |
| 12/14/18 | $2,150.00 | 11/01/18 | $2,510.11 | $1,565.77 | | | | | $2,150.00 | $4,075.88 |
| 01/28/19 | $2,535.00 | 12/01/18 | $2,510.11 | $1,590.66 | | | | | $2,535.00 | $6,610.88 |
| 01/30/19 | | | | $1,590.66 | | $2,535.27 | | | ($2,535.27) | $4,075.61 |
| 03/20/19 | | | | $1,590.66 | | $2,535.27 | | | ($2,535.27) | $1,540.34 |
| 03/20/19 | | | | $1,590.66 | | | | | $0.00 | $1,540.34 |
| 03/20/19 | $2,535.00 | 01/01/19 | $2,510.11 | $1,615.55 | | | | | $2,535.00 | $4,075.34 |
| 03/21/19 | | | | $1,615.55 | | $2,535.27 | | | ($2,535.27) | $1,540.07 |
| 06/13/19 | $500.00 | | | $2,115.55 | | | | | $500.00 | $2,040.07 |
| 06/20/19 | $500.00 | | | $2,615.55 | | | | | $500.00 | $2,540.07 |
| 06/25/19 | $500.00 | | | $3,115.55 | | | | | $500.00 | $3,040.07 |
| 06/26/19 | | 02/01/19 | $2,510.11 | $605.44 | | $2,535.27 | | | ($2,535.27) | $504.80 |
| 06/28/19 | $500.00 | | | $1,105.44 | | | | | $500.00 | $1,004.80 |
| 07/05/19 | $500.00 | | | $1,605.44 | | | | | $500.00 | $1,504.80 |
| 07/11/19 | $100.00 | | | $1,705.44 | | | | | $100.00 | $1,604.80 |
| | | | | $1,705.44 | | | | | $0.00 | $1,604.80 |
| | | | | $1,705.44 | | | | | $0.00 | $1,604.80 |

(Subsequent rows repeat: Post Suspense Balance $1,705.44; Payment Suspense $0.00; LSAM BR Suspense Balance $1,604.80)